# UNITED STATES DISTRICT COURT
for the

Eastern District of California ▼

| | |
|---|---|
| Jonathan McManus, Tyler Born, Alex Craig, Jason Cripe, Vincent Dilberto, William Finley, Zachary Fowler, Jonathan Goulding, Mike Gomes, Jeremy Hackett, Charles Hampton, Dominic Magagnini, et al. ) ) ) ) ) *Plaintiff(s)* ) v. ) City of Ceres, California ) ) ) ) ) *Defendant(s)* ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Ceres, 2220 Magnolia Street, Ceres, California 95307

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas A. Woodley, Woodley & McGillivary LLP, 1101 Vermont Avenue, Suite 1000, Washington, DC 20005

Christopher E. Platten, Wylie, McBride, Platten & Renner, 2125 Canoas Garden Avenue, Suite 120, San Jose, CA 95125

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*