UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MCMANUS et al., on behalf of themselves and all other employees similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF CERES,<br><br>    Defendant. | No. 1:17-cv-00355-DAD-MJS<br><br>ORDER RELATING AND REASSIGNING CASES |
| CARLOS A. QUIROZ, on behalf of himself and all similarly situated individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF CERES,<br><br>    Defendant. | No. 1:17-cv-00444-AWI-SAB |

On April 17, 2017, in *Carlos A. Quiroz v. City of Ceres*, Case No. 1:17-cv-00444-AWI-SAB, defendant filed a Notice of Related Cases. The court's review of the record in *Carlos A. Quiroz v. City of Ceres*, Case No. 1:17-cv-00444-AWI-SAB, reveals it is related under this court's Local Rule 123 to the case of *Jonathan McManus et al. v. City of Ceres*, Case No. 1:17-

1

cv-00355-DAD-MJS which is pending before the undersigned.  These actions involve the same or similar parties, properties, claims, events, and/or questions of fact or law.  In addition, while the plaintiff in *Quiroz* has filed a motion for conditional certification (Doc. No. 13), the currently assigned district and magistrate judges in that action have not yet worked on that motion in any substantial way.  Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Michael J. Seng will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases.  Good cause appearing, the court orders that the *Quiroz* action is reassigned to U.S. District Judge Dale A. Drozd and U.S. Magistrate Judge Michael J. Seng.  The date set for the hearing on plaintiff's motion for conditional certification in the *Quiroz* action (Doc. No. 13) is continued to the undersigned's law and motion calendar on May 16, 2017 at 9:30 a.m.  The date set for the initial scheduling conference in the *Quiroz* action will remain in effect absent further order of the court.

Accordingly, documents filed in the above-referenced actions shall bear the following new case numbers:

**1:17-cv-00355-DAD-MJS**

**1:17-cv-00444-DAD-MJS**

IT IS SO ORDERED.

Dated: **April 18, 2017**

UNITED STATES DISTRICT JUDGE

2