UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MCMANUS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF CERES,<br><br>    Defendant. | No. 1:17-cv-00355-DAD-MJS<br><br>ORDER RELATING AND REASSIGNING CASES |
| CARLOS A. QUIROZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF CERES,<br><br>    Defendant. | No. 1:17-cv-00444-DAD-MJS |
| JULIO AMADOR, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF CERES,<br><br>    Defendant. | No. 1:17-cv-00552-LJO-SAB |

1

Review of the court record in above-referenced action entitled *Julio Amador et al. v. City of Ceres*, Case No. 1:17-cv-00552-LJO-SAB, reveals it is related under this court's Local Rule 123 to the following actions pending before the undersigned: (1) *Jonathan McManus et al. v. City of Ceres*, Case No. 1:17-cv-00355-DAD-MJS; and (2) *Carlos A. Quiroz v. City of Ceres*, Case No. 1:17-cv-00444-DAD-MJS. These actions involve the same or similar parties, properties, claims, events, and/or questions of fact or law. In addition, the currently assigned district and magistrate judges in the *Amador* action have not engaged in that action in any substantial way. Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Michael J. Seng will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases. Good cause appearing, the court orders that the *Amador* action is hereby reassigned to U.S. District Judge Dale A. Drozd and U.S. Magistrate Judge Michael J. Seng.

Accordingly, all documents filed in the above-referenced actions shall now bear the following case numbers:

**1:17-cv-00355-DAD-MJS**

**1:17-cv-00444-DAD-MJS**

**1:17-cv-00552-DAD-MJS**

IT IS SO ORDERED.

Dated: **May 10, 2017**

UNITED STATES DISTRICT JUDGE